APPELLATE COURT CAUSE NO. 14-14-00101-CR and 14-14-00102-CR

NO. PD-0682&0683-15

| | | |
|---|---|---|
| ADRIAN DESHAWN PATTON, Petitioner; | § § § § | IN THE |
| V. | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS Respondent. | § § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## MOTION FOR LEAVE TO FILE OUT OF TIME
## PETITION FOR DISCRETIONARY REVIEW

COMES NOW, ADRIAN DESHAWN PATTON, Petitioner, pro se, in the above styled and numbered Cause, and would show the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

### I.

The Fourteenth Court of Appeals Affirmed Petitioner's conviction on February 15, 2015, setting the deadline for filing a Petition for Discretionary Review for March 17, 2015.

### II.

Appellate counsel, Dan P. Bradley, failed to timely inform Petitioner of the appellate court decision. However, counsel did notify Petitioner by letter (see attachment "A") of his failure, and to inform petitoner that counsel had filed a Motion for Extention of Time to File Out of Time PDR (see Attachment "B")

### III.

As of June 28, 2015, no further notice from Atty. Bradley or this Court has been received by Petitioner. Further, Petitioner is of the belief that Atty. Bradley is no longer cousel of record, and therefore has no standing to file such a motion before the Court. Regardless, Petitioner merely wishes to have his day in court, namely the opportunity to present his grounds before this

Honorable Court.

## PRAYER

Petitioner prays this Honorable Court grant his Motion for Leave to File Out of Time Petition for Discretionary Review, and set the deadline for filing said PDR for August 28, 2015.

## INMATE DECLARATION

I, Adrian Deshawn Patton, do hereby declare that a true copy of the above and foregoing Motion for Leave was placed in the USPS Authorized mail receptacle, first-class postage prepaid, and addressed to Court of Criminal Appeals, PO box 12308, Austin, TX 78711, on this the 30TH day of June, 2015.

Adrian Patton

# DAN P. BRADLEY
ATTORNEY AT LAW

BOARD CERTIFIED, CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION     P.O. Box 7107 Houston, TX 77248

(713) 819-5529
FAX (877) 655-2797

June 3, 2015

Adrian Patton 1899028            CMRRR 7012 1010 0001 0583 5734
59 Darrington Rd.
Rosharon, TX 77583

Re:   Nos. 14-14-00101-CR & 14-14-00102-CR; Adrian Deshawn Patton vs.
      The State of Texas

Dear Mr. Patton:

Enclosed is a copy of the State's Brief. Additionally, the Court of Appeals affirmed your conviction in a memorandum opinion and judgment and mandate has issued. I am enclosing copies of those documents for your records. I have previously provided you with copies of the Reporter's and Clerk's Records in your cases.

I am writing to advise you that, while my duties as appellate counsel are technically complete, you have the right to seek discretionary review from the Court of Criminal Appeals. The procedures for filing a petition are contained in Rule 66, et seq., of the Rules of Appellate Procedure. As I don't know what legal research materials you have available to you, I have attached the text of Rules 66 through 70. These are the Rules you will need to review.

Please be advised that if you intend to file a petition for discretionary review, you will need to mail your petition, and eleven (11) copies, to the following address:

> Hon. Louise Pearson
> Clerk, Court of Criminal Appeals
> Post Office Box 12308
> Austin, Texas 78711

You are required to attach a copy of the opinion of the Court of Appeals as an exhibit to the original and every copy of your petition. Failure to do this will mean your petition will <u>not</u> be reviewed by the Court of Criminal

Appeals. You are also required to send copies of your petition to the following:

Logan Pickett
Liberty County District Attorney
1923 Sam Houston
Liberty, TX 77575

State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711

If you choose to file a petition for discretionary review, it must be mailed or filed with the Clerk's Office as appropriate, based on the day you mail your petition, within thirty (30) days of the Court of Appeals' opinion. As the Courts of Appeals have moved over to an eFiling/paperless system this year, there has been some confusion in service and delivery on my part. Thus, the 30 days have lapsed.

If you need additional time to prepare your petition, you may request additional time by writing the Clerk of the Court of Criminal Appeals, sending copies of your letter requesting an extension to the Prosecutor and the State's Prosecuting Attorney, at the addresses listed above. Please note that any letter requesting additional time must be mailed before the petition is due. Because of the lateness of getting this notice out to you, I have taken the liberty of filing a request for extension of time to file a PDR on your behalf, a copy of which I am enclosing with this letter.

I hope this letter answers any questions you might have about your right to file a petition for discretionary review and the procedures involved. Should you have any questions, however, feel free to write me at the above address.

If you decide to seek habeas corpus relief but will not be represented by counsel, I suggest you study Chapter 11 of the Texas Code of Criminal Procedure, in order to familiarize yourself with the rules governing state habeas corpus proceedings, and Chapter 28, Section 2254, of the United States Code (28 USC 2254), in order to familiarize yourself with the rules governing federal habeas corpus proceedings. There may well be additional materials on the subject available at your unit's law library or, "writ room."

Sincerely,

Dan P. Bradley
Attorney at Law

DPB:ms
Encl.:

No. _____

## TO THE COURT OF CRIMINAL APPEALS OF TEXAS

**Adrian Deshawn Patton**

Petitioner

v.

**The State of Texas**

Respondent

On Appeal from the 75th District Court of Liberty County, in Cause No. CR29871, the Hon. Mark Morefield, Presiding, and the February 15, 2015, Opinion of the 14th Court of Appeals in Case No. 14-14-00102-CR

## 1st MOTION FOR EXTENSION OF TIME FOR FILING (OUT OF TIME) PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Now comes ADRIAN DESHAWN PATTON, Petitioner in the above captioned cause, and moves the Court to extend the time for filing Petitioner's Petition for Discretionary Review and/or to file an out of time Petition for Discretionary Review, and in support of this Motion would show the following:

1. Petitioner's Petition for Discretionary Review is currently due on March 7, 2015.

2. Appointed Appellate Counsel inadvertently missed sending Appellant notice of his appellate deadlines with regard to filing of a PDR and a copy of the Court of Appeals' Memorandum Opinion as called for under Rule 48.4.

3. Given the lapse of the time for Appellant/Petitioner to receive the notice of deadlines and his ability to request the PDR timely, Appointed Appellate Counsel is filing this request for an extension of time/out of time PDR on Mr.

Patton's behalf, but is not otherwise making an appearance of counsel for the purposes of the filing or litigating of a PDR.

4. For the foregoing reasons, undersigned Appellant/Petitioner Patton requests a 30 day extension from today's date to complete his Petition for Discretionary Review.

5. No previous extensions have been requested in this case.

6. This request is not for delay, but so justice may be done.

7. Contact information for future notices to Pro Se Appellant/Petitioner Adrian Deshawn Patton can be forwarded to:

Adrian Patton 1899028
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583

**WHEREFORE, PREMISES CONSIDERED,** Appellant/Petitioner prays that the Court grant this Motion for Extension of Time and/or Out of Time PDR and all other relief the Court deems fit.

Respectfully submitted,

Dan P. Bradley
Attorney at Law
P.O. Box 7107
Houston, Texas 77248
Tel. 713-819-5529
Fax: 877-655-2797
dbradleylaw@gmail.com

By: /s/ Dan P. Bradley
Dan P. Bradley
State Bar No. 00783703

No. _____

TO THE COURT OF CRIMINAL APPEALS OF TEXAS

**Adrian Deshawn Patton**

Petitioner

v.

**The State of Texas**

Respondent

On Appeal from the 75ᵗʰ District Court of Liberty County, in Cause No. CR29870, the Hon. Mark Morefield, Presiding, and the February 15, 2015, Opinion of the 14ᵗʰ Court of Appeals in Case Nos. 14-14-00101-CR

**1ᵗ MOTION FOR EXTENSION OF TIME
FOR FILING (OUT OF TIME) PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Now comes ADRIAN DESHAWN PATTON, Petitioner in the above captioned cause, and moves the Court to extend the time for filing Petitioner's Petition for Discretionary Review and/or to file an out of time Petition for Discretionary Review, and in support of this Motion would show the following:

1. Petitioner's Petition for Discretionary Review is currently due on March 7, 2015.

2. Appointed Appellate Counsel inadvertently missed sending Appellant notice of his appellate deadlines with regard to filing of a PDR and a copy of the Court of Appeals' Memorandum Opinion as called for under Rule 48.4.

3. Given the lapse of the time for Appellant/Petitioner to receive the notice of deadlines and his ability to request the PDR timely, Appointed Appellate Counsel is filing this request for an extension of time/out of time PDR on Mr.

Patton's behalf, but is not otherwise making an appearance of counsel for the purposes of the filing or litigating of a PDR.

4. For the foregoing reasons, undersigned Appellant/Petitioner Patton requests a 30 day extension from today's date to complete his Petition for Discretionary Review.

5. No previous extensions have been requested in this case.

6. This request is not for delay, but so justice may be done.

7. Contact information for future notices to Pro Se Appellant/Petitioner Adrian Deshawn Patton can be forwarded to:

Adrian Patton 1899028
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583


**WHEREFORE, PREMISES CONSIDERED,** Appellant/Petitioner prays that the Court grant this Motion for Extension of Time and/or Out of Time PDR and all other relief the Court deems fit.

Respectfully submitted,

Dan P. Bradley
Attorney at Law
P.O. Box 7107
Houston, Texas 77248
Tel. 713-819-5529
Fax: 877-655-2797
dbradleylaw@gmail.com


By: /s/ Dan P. Bradley
Dan P. Bradley
State Bar No. 00783703